**FILED**
March 28, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Susan Williams___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. P-22-MJ-00010 |
| ) | |
| TOBIAS PENNER PETERS ) | |

**MOTION TO UNSEAL ARREST WARRANT**

The United States Attorney moves the Court to unseal the Arrest Warrant in the above numbered cause for the reason that the Defendant is currently in custody in Presidio County pursuant to a state arrest warrant.

ASHLEY C. HOFF
United States Attorney

*[signature: amy f. greenbaum]*

AMY L. GREENBAUM Assistant United
States Attorney
TX Bar # 24095542
2500 Highway 118, Suite A-200
Alpine, TX 79830
Tel: (432) 538-6100
Fax: (432) 837-7449
Email: Amy.Greenbaum@usdoj,gov