**FILED**

March 28, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Susan Williams_____
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. P-22-MJ-00010 |
| | ) | |
| TOBIAS PENNER PETERS | ) | |

## **ORDER TO UNSEAL**

The Court, based upon the Government's request, orders the unsealing of the Arrest

Warrant issued in the above cause.

So ORDERED.

Date:  March 28, 2022

_____

David B. Fannin
United States Magistrate Judge